UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREL LORNE HARRIS,<br><br>                    Plaintiff,<br><br>      v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>                    Defendant. | CASE NO. 3:25-cv-05665-KKE-BAT<br><br>**ORDER DIRECTING DEFENDANTS TO RESPOND TO AMENDED COMPLAINT, DKT. 16** |

After the Court denied Plaintiff's motion to amend his complaint for failure to attach a new proposed amended complaint, Dkt. 15, Plaintiff filed an amended complaint. Dkt. 16.

The Court directs Defendants to file any objection they may have to the amended complaint no later than **November 7, 2025.**

2.      The Clerk shall provide a copy of this Order to the parties.

DATED this 27th day of October, 2025.

                                                                  _____
                                                                  BRIAN A. TSUCHIDA
                                                                  United States Magistrate Judge

ORDER DIRECTING DEFENDANTS TO
RESPOND TO AMENDED COMPLAINT,
DKT. 16 - 1