UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREL LORNE HARRIS,<br><br>               Plaintiff(s),<br>   v.<br><br>WASHINGTON STATE DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>               Defendant(s). | CASE NO. C25-5665-KKE-BAT<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

     Now before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Brian A. Tsuchida on Defendant Washington State Department of Correction's ("DOC") motion to dismiss the case as to itself (Dkt. No. 8). Dkt. No. 14. Though not filed as a response to the motion to dismiss or an objection to the R&R, Plaintiff twice requested that "this court [] dismiss defendants motion to dismiss and procede [sic] this complaint" through a motion to amend his complaint and proposed amended complaint. Dkt. No. 12 at 3, Dkt. No. 16 at 8. Plaintiff did not file any objections to the R&R. In his R&R, Judge Tsuchida recommended the DOC be dismissed with prejudice as a defendant in this case owing to Eleventh Amendment immunity. Dkt. No. 14 at 1–2 (citing cases). Judge Tsuchida also recommended the referral remain in place because other defendants remain. *Id.* at 2.

     Having reviewed, *de novo*, the R&R and the record, the Court finds and ORDERS:

     (1) The Court ADOPTS the R&R (Dkt. No. 14);

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(2) The Washington State Department of Corrections is DISMISSED with prejudice as a defendant in this action;

(3) The matter remains referred to the Honorable Brian A. Tsuchida; and

(4) The Clerk shall provide a copy of this Order to the parties.

Dated this 31st day of October, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge