1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

DARREL LORNE HARRIS,

9

Plaintiff,

CASE NO. 3:25-cv-05665-KKE-BAT

10

v.

**ORDER DENYING MOTION TO APPOINT COUNSEL, DKT. 22**

11

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS, et al.,

12

Defendant.

13

On November 10, 2025, Plaintiff filed a motion for appointment of counsel. Dkt. 22.

14

There is no constitutional right to counsel in a civil case. *Adir Int'l, LLC v. Starr Indem. & Liab.*

15

*Co.*, 994 F.3d 1032, 1038–39 (9th Cir. 2021) (quotation omitted). However, in exceptional

16

circumstances the Court may appoint counsel for indigent civil litigants under 28 U.S.C. §

17

1915(e)(1). *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009) (citation omitted). To determine

18

if exceptional circumstances exist, a court considers the likelihood of success on the merits and

19

the plaintiff's ability to articulate his claims in view of the complexity of the legal issues

20

involved. *Id*. Neither factor is dispositive, and both are evaluated together. *See Wilborn v.*

21

*Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).

22

Here, Plaintiff filed a civil rights complaint on July 28, 2025 alleging he injured his

23

finger, and defendants violated his rights by failing to provide adequate medical treatment. The

ORDER DENYING MOTION TO APPOINT
COUNSEL, DKT. 22 - 1

1  claim is not complex, and plaintiff has shown adequately ability to presents his claims, including

2  filing motions to amend his complaint, motions to compel and the filing of an amended

3  complaint. In his motion for appointment of counsel, Plaintiff avers he called some attorneys but

4  was unable to leave any message and there are no reasons to believe his allegations against

5  defendants are untrue. The Court finds based upon the foregoing that this is not a case in which

6  exceptional circumstances compel appointment of counsel.

7      Accordingly, the Court **ORDERS**:

8      1.    The motion for appointment of counsel, Dkt. 22, is **DENIED**.

9      2.    The clerk shall provide a copy of this order to Plaintiff and defense counsel.

10      DATED this 12th day of November, 2025.

11

12      _____
        BRIAN A. TSUCHIDA
13      United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

ORDER DENYING MOTION TO APPOINT
COUNSEL, DKT. 22 - 2