1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARREL LORNE HARRIS,

                Plaintiff,

      v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS, et al.,

               Defendant.

CASE NO. 3:25-cv-05665-KKE-BAT

**ORDER DENYING MOTION TO
TAKE JUDICIAL NOTICE, DKT. 23**

On November 10, 2025, Plaintiff moved the Court to judicially notice two public disclosure requests he submits he mailed on November 7, 2025 to the records division of the Department of Corrections headquarters, and to the records division of Stafford Creek Corrections Center Dkt. 23.

Under Fed. R. Evid. 201(b) the Court may judicially notice a fact not subject to reasonable dispute because it is "generally known within the trial court's territorial jurisdiction," or "can be accurately and readily determined from sources who accuracy cannot be reasonably questioned." The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

Plaintiff's motion appears to request the Court take notice of his discovery efforts. Discovery items such as requests for discovery and responses to requests for discovery are not

ORDER DENYING MOTION TO TAKE
JUDICIAL NOTICE, DKT. 23 - 1

proper subjects for judicial notice because they are not "self-authenticating" and thus cannot be verified. *See United Safeguard Distributors Association, Inc. v. Safeguard Business Systems*, 145 F.Supp.3d 932, 942 (C.D. Cal. 2015)

Accordingly, the Court **ORDERS**:

1.     The motion for appointment to take judicial notice Dkt. 23, is **DENIED**.

2.     The clerk shall provide a copy of this order to Plaintiff and defense counsel.

DATED this 12th day of November, 2025.


_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION TO TAKE
JUDICIAL NOTICE, DKT. 23 - 2