UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARREL LORNE HARRIS,

                Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS, et al.,

                Defendant.

CASE NO. 3:25-cv-05665-KKE-BAT

**ORDER GRANTING MOTION TO EXTEND PRETRIAL DEADLINES, DKT. 30**

Before the Court is Defendant's unopposed motion to extend all currently set pretrial deadlines for an additional six months. The Court having reviewed the motion and the record **GRANTS** the motion and **ORDERS**:

    1.    Discovery shall be completed by August 17, 2026. All discovery requests must be served no later than July 9, 2026.

    2.    Dispositive motions shall be filed no later than September 14, 2026.

    3.    Joint pretrial statement deadlines and a trial date will be set pending the outcome of any dispositive motion.

    4.    All other requirements set forth in the original scheduling order issued on November 21, 2025 at Dkt. 29 shall remain in full force and effect.

ORDER GRANTING MOTION TO EXTEND
PRETRIAL DEADLINES, DKT. 30 - 1

5.    The clerk shall provide a copy of this order to Plaintiff and defense counsel.

DATED this 22nd day of January, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO EXTEND
PRETRIAL DEADLINES, DKT. 30 - 2