UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARREL LORNE HARRIS,

                Plaintiff,

     v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS, et al.,

                Defendant.

CASE NO. 3:25-cv-05665-KKE-BAT

**ORDER DENYING SECOND MOTION TO APPOINT COUNSEL, DKT. 33**

Plaintiff moves the Court a second time to appoint counsel. Dkt. 33 Plaintiff filed a complaint on July 28, 2025 alleging he hurt his finger, and defendants violated his rights by failing to provide adequate medical treatment. The Court denied Plaintiff's first motion for counsel, on November 12, 2025, finding Plaintiff's claim is not complex, and plaintiff has shown the ability to present his claims, including filing motions to amend his complaint, motions to compel and filing of an amended complaint. Dkt. 24.

On June 12, 2026, Plaintiff filed another motion for appointment of counsel, contending he is indigent and lacks legal training, he is incarcerated with limited access to legal research and materials; he told opposing counsel he did not know how to do a video deposition; opposing counsel has arranged a video deposition but Plaintiff does not know how to ask questions and Plaintiff has responded to all interrogatories and requests for production. Dkt. 33.

ORDER DENYING SECOND MOTION TO
APPOINT COUNSEL, DKT. 33 - 1

As the Court indicated in its first order denying counsel, Plaintiffs do not have a right to counsel in a civil case and counsel will be appointed only in exceptional circumstances. Since the Court first denied Plaintiff's request for counsel in 2025, no new circumstances have arisen. Rather, it appears Plaintiff continues to litigate his case; Defense counsel has communicated with Plaintiff about the case and has arranged for a video deposition at Plaintiff's request, and Plaintiff has engaged in discovery and filed additional pleadings including this motion and another motion to amend his complaint. The Court concludes there are no exceptional circumstances that direct appointment of counsel.

Accordingly, the Court finds and **ORDERS**:

1.      The motion for appointment of counsel, Dkt. 33, is **DENIED**.

2.      The clerk shall provide a copy of this order to Plaintiff and defense counsel.

DATED this 15th day of June, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING SECOND MOTION TO
APPOINT COUNSEL, DKT. 33 - 2