UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREL LORNE HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>    Defendant. | CASE NO. 3:25-cv-05665-KKE-BAT<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, DKT. 34** |

On June 12, 2026, Plaintiff moved to amend his complaint and submitted a proposed amended complaint. Dkt. 34. Defendants have not filed a response. The Court accordingly ORDERS: (1) Plaintiff's motion to amend, Dkt. 34, is **GRANTED;** (2) The amended complaint filed June 12, 2026 (Dkt. 34) is the operative complaint; (3) By this order, service upon all Defendants is deemed completed; (4) The Clerk shall provide a copy of this Order to Plaintiff and all counsel.

DATED this 6th day of July, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT, DKT. 34
- 1