UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARREL LORNE HARRIS,

Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,

Defendant.

CASE NO. 3:25-cv-05665-KKE-BAT

**ORDER DIRECTING PARTIES TO SUBMIT A JOINT PRETRIAL STATUS REPORT**

On January 22, 2026, the Court granted Defendant's unopposed motion to extend certain pretrial deadlines. Dkt. 32 Pursuant to the Court's order (1) Discovery was to be completed by August 17, 2026 and (2) Dispositive motions were to be filed no later than September 14, 2026. As these dates have lapsed, the Court **ORDERS**:

1. The parties shall confer and file a joint pretrial statement as to whether there are any outstanding pretrial issues that should be addressed, a proposed schedule to address these issues, and a proposed trial date.

2. The pretrial statement shall be filed no later than November 11, 2026. If the parties cannot agree on a joint pretrial statement, they shall file separate pretrial statements.

3. If the parties do not file a pretrial statement, the Court will deem there are no outstanding pretrial issues to address and set a date for trial.

4. The clerk shall provide a copy of this order to Plaintiff and defense counsel.

DATED this 7th day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge