UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREL LORNE HARRIS,<br><br>Plaintiff(s),<br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendant(s). | CASE NO. C25-5665-KKE-BAT<br><br>DISMISSAL ORDER |

This matter comes before the Court on the parties' joint motion to dismiss this case with prejudice. Dkt. No. 43. The parties state that they have "signed a Settlement Agreement and Release of Claim that releases all Defendants from all claims in the above-captioned case number." *Id.* at 1. Accordingly, this matter is DISMISSED with prejudice and without fees or costs to any party. The clerk is directed to administratively close this case.

Dated this 8th day of October, 2026.

Kymberly K. Evanson
United States District Judge